FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN -5 P 1: 28

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
SCHWARTZ, J.
JANUARY 5, 2000

| | |
|---|---|
| KENNETH BEVLEY | CIVIL ACTION |
| VERSUS | NO. 00-7 |
| UNITED STATES OF AMERICA | SECTION "A"(5) |

**O R D E R**

It having come to the attention of the Court that the above matter is related to a similar proceeding previously pending in Section "T" of this Court, Civil Action No. 97-3156(5) in accordance with Local Rule 3.1;

IT IS ORDERED, that the above matter is transferred to Section "T" of this Court.

JAN 0 5 2000

TRANSFERRED TO:

SECT. T

DATE OF ENTRY   JAN - 5 2000

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. _____