```
                                               FILED
                                        U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                        2000 APR 19  P 2: 26

                                          LORETTA G. W[...]
```

MINUTE ENTRY
CHASEZ, M.J.
APRIL 19, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH BEVLEY | CIVIL ACTION |
| VERSUS | NUMBER: 00-0007 |
| THE UNITED STATES OF AMERICA | SECTION: "T"(5) |

Oral argument on plaintiff's Motion for a Rule 55(b)(2) Hearing on a Rule 55(e) Default Judgment or, in the alternative, to Request That Defendant Be Ordered to Respond to Complaint Within Ten Days will be conducted on May 3, 2000 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

The Clerk is instructed to serve a copy of this minute entry on the U.S. Attorney's Office.

DATE OF ENTRY
APR 20 2000

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE