

MINUTE ENTRY
CHASEZ, M.J.
APRIL 24, 2000

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH BEVLEY | CIVIL ACTION |
| VERSUS | NUMBER: 00-0007 |
| THE UNITED STATES OF AMERICA | SECTION: "T"(5) |

### HEARING ON MOTION

APPEARANCES:

MOTION:

(1) Plaintiff's Motion for a Rule 55(b)(2) Hearing on a Rule 55(e) Default Judgment or, in the alternative, to Request that Defendant be Ordered to Respond to Complaint Within Ten Days (scheduled for hearing on May 3, 2000).

_____ :   Continued to

_____ :   No Opposition

_____ :   Opposition

DATE OF ENTRY
APR 26 2000



\_\_\_\_\_ :   Local Rules 37.1E, 33.2, 36.1, 7.1E

ORDERED

\_\_\_\_\_ :   Dismissed as moot.

\_\_\_\_\_ :   Dismissed for failure of counsel to appear.

\_\_\_\_\_ :   Granted.

\_\_\_\_\_ :   Denied.

__1__ :   Other.  Withdrawn at movant's request.


                                    _/s/_____
                                    ALMA L. CHASEZ
                                    UNITED STATES MAGISTRATE JUDGE