

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN 14 P 4: 16

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNETH BEVLEY | * | CIVIL ACTION |
| v. | * | NO: 00-0007 |
| THE UNITED STATES OF AMERICA | * | SECTION "T" (5) |

\* \* \*

## FIRST MOTION FOR EXTENSION OF TIME
## IN WHICH TO ANSWER, OBJECT OR OTHERWISE PLEAD

**NOW INTO COURT**, through the undersigned Assistant United States Attorney,

comes the United States of America, and moves for a twenty (20) day extension of time, up

to and including July 24, 2000, in which to file responsive pleadings to plaintiffs' complaint

in the above-captioned case.  This extension is necessary because counsel for the United

States needs additional time in which to prepare responsive pleadings.



DATE OF ENTRY
JUN 1 9 2000



____Fee_____
____Process_____
X / Dktd_____
✓ / CtRmDep____
Doc.No._____

Plaintiff has filed no objections into the record regarding the filing of this continuance.

Respectfully submitted,

EDDIE J. JORDAN, JR.
UNITED STATES ATTORNEY

Orelia Merchant (26086)
Special Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, 2nd Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3163

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion for Extension of Time in Which to Answer, Object or Otherwise Plead has been served upon counsel to all parties of this matter by placing same in the United States Mail, first class postage prepaid and properly affixed, on June 14, 2000.

ORELIA MERCHANT
Special Assistant U.S. Attorney

2

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH BEVLEY** | * | **CIVIL ACTION** |
| **v.** | * | **NO: 00-0007** |
| **THE UNITED STATES OF AMERICA** | * | **SECTION "T" (5)** |
| | *    *    * | |

## O R D E R

Considering the foregoing First Motion for Extension of Time in Which to Answer, Object or Otherwise Plead filed by the United States of America,

**IT IS HEREBY ORDERED** by this court that the United States of America is hereby granted a twenty (20) day extension of time, up to and including July 24, 2000 in which to file responsive pleadings to plaintiffs' complaint in the above-captioned case.

New Orleans, Louisiana, this 16th day of _____June_____, 2000.


_____
**UNITED STATES DISTRICT JUDGE**