FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG -8 PM 4: 31

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH BEVLEY** | : | **CIVIL ACTION** |
| **PLAINTIFF** | | |
| | : | NO. 00-7 |
| **VERSUS** | : | SECTION "R"(5) |
| | : | |
| **UNITED STATES OF AMERICA,** | | |
| **DEFENDANT** | | |

## MOTION FOR FOR EXTENSION OF TIME TO ANSWER DEFENDANT'S PARTIAL MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Kenneth Bevley, who moves this Court for an extension of time to file a Motion in Opposition To Defendant's Partial Motion To Dismiss pursuant to Federal Rule of Civil Procedure 6(b)(1) for the following reasons:

1.

Counsel has determined that in order to meet counsel's ethical duty of vigorous advocacy on behalf of Plaintiff, Counsel needs more time to inform Plaintiff of his options such that Plaintiff can make informed decisions as to his cause of action. Due to plaintiff's incarceration in federal prison in Beaumont, Texas, the process of consulting with Plaintiff concerning Defendant's motion requires additional time.

DATE OF ENTRY
AUG 25 2000

Fee_____
Process____
X Dktd____
_CtRmDep__
_Doc.No.___

1

2.

The proposed Motion to Extend would place no undue burden upon Defendant in this action.

3.

Pursuant to Local Rule 7.6E, undersigned counsel certifies that opposing counsel has consented to the filing and granting of this motion. This motion therefore need not be noticed for hearing.

WHEREFORE, Plaintiff prays that he be granted an extension of time of fourteen (14) days within which to file.

Respectfully submitted,

_____  
Jane Johnson #7300  
Charles D. Williams #20636  
Supervising Attorney  
Tulane Law Clinic  
6329 Freret Street  
New Orleans, Louisiana 70118  
(504) 865-5153

_____  
Louritha Green  
Student Attorney

2

UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNETH BEVLEY<br>PLAINTIFF | : | CIVIL ACTION |
| | : | NO. 00-7 |
| VERSUS | : | SECTION T(5) |
| UNITED STATES OF AMERICA,<br>DEFENDANT | : | |

## ORDER

**IT IS HEREBY ORDERED**, that plaintiff be granted an additional fourteen (14) days in which to file a Motion in Opposition to Defendant's Partial Motion To Dismiss in the above captioned matter.

New Orleans, Louisiana this 9TH day of AUGUST, 2000.

_____
DISTRICT
U.S. ~~Magistrate~~ Judge