FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV -7 PM 12:59

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH BEVLEY** | : | CIVIL ACTION |
| **PLAINTIFF** | | |
| | : | NO. 00-0007 |
| **VERSUS** | : | SECTION "T"(5) |
| | : | |
| **UNITED STATES OF AMERICA,** | | |
| **DEFENDANT** | | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO

## DEFENDANT'S PARTIAL MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Kenneth Bevley, who moves this Court, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an extension of ten (10) days to file a Motion in Opposition To Defendant's Partial Motion To Dismiss through November 14, 2000 for the following reasons:

1.

Undersigned counsel requires additional time to answer Defendant's Partial Motion to Dismiss in order to meet counsel's ethical duty of vigorous advocacy on behalf of Plaintiff.

2.

The proposed Motion to Extend would place no undue burden upon Defendant in this action.

DATE OF ENTRY
NOV 9 2000

Fee_____
Process_____
X /Dktd_____
√ CtRmDep___
Doc.No._____

3.

Pursuant to Local Rule 7.6E, undersigned counsel certifies that opposing counsel has consented to the filing and granting of this motion. This motion therefore need not be noticed for hearing.

WHEREFORE, Plaintiff prays that he be granted an extension of time of ten (10) days within which to file.

Respectfully submitted,

_____
JANE JOHNSON #7300
CHARLES D. WILLIAMS #20636
Supervising Attorney
Tulane Law Clinic
6329 Freret Street
New Orleans, Louisiana 70118
(504) 865-5153

_____
BETH E. ABRAMSON
Student Attorney

UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH BEVLEY** | : | **CIVIL ACTION** |
| **PLAINTIFF** | | |
| | : | **NO. 00-0007** |
| **VERSUS** | : | **SECTION "T"(5)** |
| **UNITED STATES OF AMERICA,** | : | |
| **DEFENDANT** | | |

### ORDER

**IT IS HEREBY ORDERED**, that plaintiff be granted an additional ten (10) days, up to and through November 14, 2000, in which to file a Motion in Opposition to Defendant's Partial Motion To Dismiss in the above captioned matter.

New Orleans, Louisiana this 8th day of Nov, 2000.

_____
U.S. Magistrate Judge

## CERTIFICATE OF SERVICE

I do hereby certify that on this 7th day of Nov., 2000, I served a copy of the foregoing motion by placing same in the United States mail, postage prepaid, on counsel to all parties in this proceeding.

*Jane Johnson*
Jane L. Johnson