

MINUTE ENTRY
PORTEOUS, J.
November 16, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENNETH BEVLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0007** |
| **UNITED STATES** | **SECTION "T" (5)** |

IT IS ORDERED that the Defendant's Partial Motion to Dismiss (Doc. 10), previously set for hearing on August 16, 2000, be, and the same is hereby, set for hearing on **Wednesday, December 6, 2000** at 10:00 a.m.

New Orleans, Louisiana, this 16th day of November, 2000.

DATE OF ENTRY
NOV 21 2000

G. Thomas Porteous, Jr.
United States District Judge

___Fee_____
___Process_____
_X_ Dktd_____
_✓_ CtRmDep____
     Doc.No. 14