FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 28 PM 3: 50

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| KENNETH BEVLEY | : | CIVIL ACTION |
|---|---|---|
| | : | NUMBER 00-0007 "T"(5) |
| VERSUS | | |
| | : | JUDGE PORTEOUS |
| UNITED STATES OF AMERICA | : | MAGISTRATE JUDGE CHASEZ |

### EX PARTE MOTION FOR LEAVE TO FILE
### REPLY MEMORANDUM

**NOW INTO COURT,** through undersigned Special Assistant United States Attorney, comes defendant, United States of America, who would like the opportunity to address the arguments and allegations raised by Plaintiff in his opposition memorandum by filing a reply memorandum thereto, and who thereby moves the Court for leave to file the attached Reply Memorandum in Support of Defendant's Partial Motion to Dismiss.

DATE OF ENTRY
DEC 6 - 2000

- 1 -

Fee
Process
X Dktd
CtRmDep
Doc.No. 15

WHEREFORE, defendant, United States of America, prays that this Motion be granted and that defendant be permitted to file the attached Reply Memorandum.

Respectfully Submitted,

**EDDIE J. JORDAN, JR.**
**UNITED STATES ATTORNEY**

BY: *(signature)*

**ORELIA E. MERCHANT**
**Special Assistant United States Attorney**
LA Bar #26086
Hale Boggs Federal Building
501 Magazine Street, 2nd Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3163

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel **by facsimile and by mailing** the same by first class United States mail, properly addressed and postage prepaid on this 28th day of November, 2000.

*(signature)*
**ORELIA E. MERCHANT**

- 2 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNETH BEVLEY | : | CIVIL ACTION |
| | : | NUMBER 00-0007 "T"(5) |
| VERSUS | | |
| | : | JUDGE PORTEOUS |
| UNITED STATES OF AMERICA | : | MAGISTRATE JUDGE CHASEZ |

## ORDER

Considering the foregoing **Motion for Leave to file Reply Memorandum**;

**IT IS ORDERED** that the defendant, United States of America, be and are hereby granted leave to file the attached Reply Memorandum addressing Plaintiff's Memorandum in Opposition to Defendant's Partial Motion to Dismiss in this matter.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to file the attached Reply Memorandum into the record in these proceedings.

SIGNED IN CHAMBERS, New Orleans, Louisiana, this 5th day of December, 2000.

_____
UNITED STATES District JUDGE

- 3 -