```
                                              FILED
                                       U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                       2001 FEB -5 PM 4:39

                                          LORETTA G. WHYTE
                                                CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH BEVLEY | CIVIL ACTION |
| VERSUS | NO. 00-0675 (7) |
| UNITED STATES | SECTION "T" (5) |

REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1E, plaintiff Kenneth Bevley, through undersigned counsel, requests oral argument on Defendant's Motion to Dismiss, Alternatively Motion for Summary Judgment, on the grounds that defendant's motion is potentially dispositive of plaintiff's entire case, and that argument would be of assistance to this Court.

Respectfully submitted,

*Jane Johnson*

JANE JOHNSON   NO. 7300
Supervising Attorney
6329 Freret Street
New Orleans, La. 70118
(504) 865-5153

