FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -5  PM 4: 39

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

KENNETH BEVLEY                                    CIVIL ACTION

VERSUS                                            NO. 98-225  OO-7

UNITED STATES                                     SECTION "N"(2)  T (ʃ)


## PLAINTIFF'S MOTION FOR A CONTINUANCE OF DEFENDANT'S MOTION

NOW INTO COURT, through undersigned counsel, plaintiff, Kenneth Bevley, through

undersigned counsel, and moves for a continuance of defendant's motion, on the following

grounds:

1.

Defendant's Motion to Dismiss, alternatively Motion for Summary Judgment, has been

assigned for hearing on February 14, 2001.  Counsel for plaintiff needs an additional week to

prepare memoranda in opposition to the said motion.

2.

Counsel for defendant has been contacted prior to the filing of the present motion and has

no objection to the granting of this continuance.

```
┌─────────────────────┐
│   DATE OF ENTRY     │
│                     │
│    FEB 8   2001     │
│                     │
└─────────────────────┘
```



Fee
Process
X  Dktd
CtRmDep
Doc. No.

Respectfully submitted,

_Jane Johnson_
JANE JOHNSON      NO. 7300
Supervising Attorney
Tulane Law Clinic
6329 Freret Street
New Orleans, Louisiana 70118
(504) 865-5153

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this
5th day of February , 2001
served a copy of the foregoing pleadin
on counsel for all parties to this proceeding
by mailing the same by United States mail,
properly addressed, and first class postage
prepaid.

_Jane Johnson_

## ORDER

Considering the above and foregoing,

IT IS ORDERED that defendant's Motion to Dismiss, alternatively Motion for Summary

Judgment, presently set for February 14, 2001, be and the same is hereby continued to the 21st

day of February, 2001.

New Orleans, Louisiana this ___8th___ day of ___February___ , 2001.

_____

JUDGE

*Furthermore,*
*Plaintiff's Request for oral argument*
*is DENIED.*