

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH BEVLEY** | : | CIVIL ACTION |
| | : | NUMBER 00-0007 "T"(5) |
| **VERSUS** | | |
| | : | JUDGE PORTEOUS |
| **UNITED STATES OF AMERICA** | : | MAGISTRATE JUDGE CHASEZ |

**EX PARTE MOTION FOR LEAVE TO FILE
REPLY MEMORANDUM**

**NOW INTO COURT,** through undersigned Special Assistant United States Attorney, comes defendant, United States of America, who would like the opportunity to address the arguments and allegations raised by Plaintiff in his opposition memorandum by filing a reply memorandum thereto, and who thereby moves the Court for leave to file the attached Reply Memorandum in Support of Defendant's Partial Motion to Dismiss, Alternatively Motion for Summary Judgment.

- 1 -

DATE OF ENTRY
FEB 2 1 2001

Fee
Process
X Dktd
CtRmDep
Doc.No.

WHEREFORE, defendant, United States of America, prays that this Motion be granted and that defendant be permitted to file the attached Reply Memorandum.

Respectfully Submitted,

**EDDIE J. JORDAN, JR.**
**UNITED STATES ATTORNEY**

BY: _____
**ORELIA E. MERCHANT**
**Special Assistant United States Attorney**
LA Bar #26086
Hale Boggs Federal Building
501 Magazine Street, 2nd Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3163

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel **by mailing** the same by first class United States mail, properly addressed and postage prepaid on this 16 th day of February, 2001.

_____
ORELIA E. MERCHANT

- 2 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNETH BEVLEY | : | CIVIL ACTION |
| | : | NUMBER 00-0007 "T"(5) |
| VERSUS | | |
| | : | JUDGE PORTEOUS |
| UNITED STATES OF AMERICA | : | MAGISTRATE JUDGE CHASEZ |

## ORDER

Considering the foregoing **Motion for Leave to file Reply Memorandum**;

**IT IS ORDERED** that the defendant, United States of America, be and are hereby granted leave to file the attached Reply Memorandum addressing Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss, Alternatively Summary Judgment, in this matter.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to file the attached Reply Memorandum into the record in these proceedings.

**SIGNED IN CHAMBERS**, New Orleans, Louisiana, this 20th day of February, 2001.

_____
UNITED STATES DISTRICT COURT JUDGE