```
                              UNITED STATES DISTRICT COURT
                                         FILED

                                      MAR  8 2001

                              EASTERN DISTRICT OF LOUISIANA
                                    Loretta G. Whyte
                                         Clerk
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

KENNITH BEVLEY                                        CIVIL ACTION

VERSUS                                                NO. 00-0007

UNITED STATES OF AMERICA                              SECTION "T"


### PRELIMINARY CONFERENCE NOTICE

    A PRELIMINARY CONFERENCE will be held <u>BY</u> <u>TELEPHONE</u> on MARCH 21, 2001 at 2:30 p.m. for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.
    <u>TRIAL COUNSEL</u> are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.


                                             _____
                                                 RICHARD E. WINDHORST, III
                                                 COURTROOM DEPUTY, SECTION T


NOTICE:    <u>COUNSEL ADDING NEW PARTIES SUBSEQUENT TO
THE MAILING OF THIS NOTICE SHALL NOTIFY
SUCH NEW PARTY TO APPEAR AS REQUIRED BY
THIS NOTICE.</u>

            <u>COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST
JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE,
A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF
THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH
A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A
SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE,
ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE
SUCH A CONFERENCE DESIRABLE.</u>


                                                                 __Fee_____
                                                                 __Pr0cess__
                                                                 _X_Dktd____
                                                                 __CtRemDep_
                                                                 Doc. No.___