UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 23 AM 10: 49

LORETTA G. WHYTE
CLERK

KENNETH BEVLEY

VERSUS

THE UNITED STATES OF AMERICA

CIVIL ACTION

NO.  00-0007

SECTION  "T" (5)

## J U D G M E N T

The Court has granted the Defendant's Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment entered in favor of the Defendant, the United States of America, and against the Plaintiff, Kenneth Bevley, dismissing the Plaintiff's claims **WITH PREJUDICE.**

New Orleans, Louisiana, this _22nd_ day of March, 2001.

G. Thomas Porteous, Jr.
United States District Judge

DATE OF ENTRY

MAR 2 6 2001

Fee_____
Process____
Dktd____
CtRmDep____
Doc.No.____