FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR 11 PM 2:49

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENNETH BEVLEY** | CIVIL ACTION |
| **VERSUS** | No. 00-0007 |
| **UNITED STATES OF AMERICA** | SECTION "T" (5) |

### MOTION TO WITHDRAW

NOW INTO COURT, come Jane Johnson, Supervising Attorney, and Tamekia Wherry, student attorney of the Tulane Law Clinic, who move the Court to allow them to withdraw from further representing Plaintiff Kenneth Bevley in this matter on the following grounds:

1.

Counsel has exhausted all possible avenues for relief in the above captioned matter, and all areas of plaintiffs petition have been summarily dismissed in favor of defendant. Undersigned counsel has advised plaintiff that no appeal will be taken by counsel.

2.

Plaintiff's present address is: Kenneth Bevley # 25424-034   P.O. Box 26035   United States Prison Beaumont, TX 77720-6030.

4.

The Plaintiff has been notified of all deadlines by mail.

Respectfully Submitted,

1

DATE OF ENTRY
APR 1 3 2001

Fee_____
Process____
X/Dktd____
____CtRmDep
____Doc.No. 28

_____
JANE L. JOHNSON (#7300)
CHARLES WILLIAMS (# 20636)
Supervising Attorneys
Tulane Law Clinic
6329 Freret Street
New Orleans, LA 70118
(504) 865-5153

_____
TAMEKIA WHERRY
Student Attorneys
Tulane Law Clinic
6329 Freret Street
New Orleans, LA 70118
(504)865-5153

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENNETH BEVLEY** | **CIVIL ACTION** |
| **VERSUS** | **No. 00-0007** |
| **UNITED STATES OF AMERICA** | **SECTION "T" 5** |

## ORDER

Considering the above and foregoing motion,

**IT IS HEREBY ORDERED** that Jane Johnson, Supervising Attorney, and Tamekia Wherry, student attorney, of the Tulane Law Clinic, are allowed to withdraw as counsel of record for Plaintiff in the above referenced matter.

New Orleans, Louisiana, this 12th day of April, 2001.

_____
United States District Judge