UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNETH BEVLEY | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0007 |
| UNITED STATES OF AMERICA | * | SECTION "T" (5) |

\* \* \* \* \* \* \*

## AMENDMENT OF MOTION TO WITHDRAW

**NOW INTO COURT,** comes Jane Johnson, Supervising Attorney, of the Tulane Law Clinic, who moves the Court to allow them to amend their Motion to Withdraw as follows:

1.

Plaintiff's present address is:

> Kenneth Bevley, #25424-034
> United States Penitentiary Pollock
> Post Office Box 1000
> Pollock, LA 71467
> (318) 561-5300

Respectfully submitted:

_Jane Johnson_
Jane Johnson, LSBN: 7300
Supervising Attorney
Tulane Law Clinic
6329 Freret Street
New Orleans, LA 70118
(504) 865-5153

DATE OF ENTRY
MAY 2 3 2001

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 17th day of May, 2001 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_Jane Johnson_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH BEVLEY** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 00-0007 |
| **UNITED STATES OF AMERICA** | * | SECTION "T" (5) |

\* \* \* \* \* \* \*

### ORDER AMEND MOTION TO WITHDRAW

Considering the foregoing;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Withdraw filed by Jane Johnson, Supervising Attorney of the Tulane Law Clinic be amended.

New Orleans, this 22nd day of May, 2001.

_____
United States District Judge

CERTIFICATE OF SERVICE

I do hereby certify that I have on this ____ day of _____, 20___ served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____